**SYSTEMS INTEGRATED,**
**INC., Appellant,**

v.

**Donald C. WINTER, Secretary of the Navy, Appellee.**

941

Donald C. Winter, Secretary
of the Navy, Appellant,

v.

Systems Integrated, Inc., Appellee.

Nos. 2007–1540, 2007–1543.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).